### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                     No. 4:11CR00156-07 JLH

JUANA PATRICIA BAMAC-PEREZ

### ORDER

Juana Patricia Bamac-Perez has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence, and the United States has responded. If Bamac-Perez wishes to file a reply, she must do so on or before June 10, 2013.

IT IS SO ORDERED this 21st day of May, 2013.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE