IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                     NO. 4:11CR00156-07-JLH

JUANA PATRICIA BAMAC-PEREZ                                                              DEFENDANT

**ORDER**

Defendant's Motion for Two Point Reduction is DENIED without prejudice, because it is premature. Document #665. Defendants will not be entitled to relief under Amendment 782 (assuming the USSG's recommendation is accepted by Congress) until November 1, 2015, at the earliest.

Accordingly, defendant may refile her motion in about a year, if the Court has not dealt with the issue before then.

IT IS SO ORDERED this 6th day of October, 2014.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE