**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                          NO. 4:11CR00156-07-JLH

JUANA PATRICIA BAMAC-PEREZ                                              DEFENDANT

**ORDER**

As explained in the April 8, 2015 Order, defendant Juana Bamac-Perez's original sentence

is at the bottom of the new range because of a variance, so she is not eligible for a reduction under

Amendment 782.   Document #764.   Accordingly, her third motion for two point reduction is

DENIED.   Document #793.

IT IS SO ORDERED this 13th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE